SN/PB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

YEHUDA KATZ,
    also known as "Yehuda-Ari Katz,"

        Defendant.

– – – – – – – – – – – – – – – X

UNSEALING ORDER

Docket No. 15-M-229

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Peter W. Baldwin, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant be unsealed.

Dated:    Brooklyn, New York
           March 17, 2015

                              S/ James Orenstein

                              HONORABLE JAMES ORENSTEIN
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK